UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 51 PENSION FUND, HEALTH AND WELFARE FUND, ANNUITY FUND, JOINT APPRENTICESHIP COMMITTEE TRUST FUND, LOCAL 51 AND NEW ENGLAND MECHANICAL CONTRACTORS ASSOCIATION LABOR-MANAGEMENT COOPERATION TRUST FUND AND THE UNITED ASSOCIATION OF PLUMBERS AND PIPEFITTERS LOCAL NO. 51<br><br>Plaintiffs<br><br>v.<br><br>ANANIA PLUMBING AND HEATING, INC.<br><br>Defendant | Civil Action No.<br><br>COMPLAINT<br><br><br><br><br><br><br><br><br><br>November 25, 2015 |

(FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT;
AND TO COLLECT CONTRIBUTIONS DUE TO PLAINTIFF FUNDS)

## PARTIES

1.  Plaintiffs Trustees of the Plumbers and Pipefitters Local No. 51 Pension Fund, Health and Welfare Fund, Annuity Fund, Joint Apprentice Committee Trust Fund, and the Local 51 and New England Mechanical Contractors Association Labor-Management Cooperation Trust Fund (hereinafter referred to as "the Funds"), are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement Income Security Act of 1974

(hereinafter referred to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)). The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the United Association of Plumbers and Pipefitters Local No. 51 (hereinafter referred to as "the Union") and Anania Plumbing and Heating, Inc. (hereinafter referred to as "Anania Plumbing"). The Funds are administered at 700 Tower Drive, Suite 300, Troy, Michigan, 48098.

2. The United Association of Plumbers and Pipefitters Local No. 51 is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

3. The Defendant, Anania Plumbing, is doing business under the laws of the State of Massachusetts, with an address located at 22 Court Avenue, Brockton, Massachusetts 02301. Defendant Anania Plumbing transacts business in the State of Massachusetts as a contractor or subcontractor in the plumbing and pipefitting industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(l), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(l), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

## JURISDICTION

4. This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29

U.S.C. Section 185(a).  This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

### COUNT ONE
(Delinquent Contributions under ERISA)

5.    Defendant Anania Plumbing entered into a Collective Bargaining Agreement with the United Association of Plumbers and Pipefitters Local No. 51, establishing the terms and conditions of employment for journeymen and apprentice plumbers and pipefitters employed by Defendant Anania Plumbing.

6.    Pursuant to the Collective Bargaining Agreement, Defendant Anania Plumbing is required to pay to the Funds certain sums of money for each hour worked by employees of the Defendant covered by the Collective Bargaining Agreement.

7.    Pursuant to the Funds' Collection Policy, Defendant Anania Plumbing is required to make contributions to the Funds on a weekly, rather than monthly, basis, because Defendant has failed to obtain a fringe benefit bond as security for the payment of contributions it owes to the Funds.

8.    Defendant Anania Plumbing employed certain employees covered under the Collective Bargaining Agreement throughout the relevant period of the months of August through October 2015.  Defendant continues to employ individuals covered by the Collective Bargaining Agreement.

9.      Defendant Anania Plumbing failed to make contributions due to the Funds for work performed at Anania Plumbing's request for the months set forth in paragraph eight (8) on behalf of employees in Local 51's jurisdiction.

10.     Defendant Anania Plumbing submitted remittance reports to the Funds demonstrating that the amount of *$27,328.94* is due for the month of August 2015. Defendant Anania Plumbing failed to submit remittance reports for the months of September and October 2015; therefore the total amount due for these months is unknown.  In addition, to the extent Defendant Anania Plumbing continues to utilize collective bargaining unit employees, Defendant's delinquencies to all Funds will continue to accumulate during the pendency of this lawsuit.  Pursuant to the terms of the Collective Bargaining Agreement, Defendant Anania Plumbing is obligated to pay such contributions owed to the Funds.

11.     Pursuant to 29 U.S.C. 1132(g)(2), the Defendant is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

12.     In addition, pursuant to Plaintiff Funds' Collection Policy, Defendant Anania Plumbing is required to make contributions to Plaintiff Funds by the Friday after the week in which work was performed.  Defendant paid contributions late for the final week of January 2015 and for the months of February through July 2015.  Therefore,

Defendant owes interest on these late contributions in the amount of **$7,498.53**. Defendant has failed to make payment of this amount to the Funds.

**WHEREFORE**, Plaintiff Funds pray for judgment as follows:

A. Ordering Defendant Anania Plumbing to remit any unpaid contributions due for the months of August 2015 through the date of Judgment;

B. Ordering Defendant Anania Plumbing to remit payment for accumulated interest due for the months of January 2015 through July 2015;

C. Ordering Anania Plumbing to make payment to the respective Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (1) interest on the unpaid contributions, or (2) liquidated damages provided for in the Plan, reasonable attorney's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g).

D. For such further relief as the Court may deem appropriate.

DATED at East Hartford, Connecticut, this 25th day of November 2015.

ATTORNEY FOR PLAINTIFFS,

By: _____
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT 06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
BBO#: 680905
E-mail: bhughes@cheverielaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employment Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 25th day of November 2015, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD  21201
Attn:  Employee Plans

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
Attn:  Assistant Solicitor for Plan
            Benefits Security

ATTORNEY FOR PLAINTIFFS,

By: _____
Brendan L. Hughes, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
333 East River Drive, Suite 101
East Hartford, CT  06108-4203
Tele. No.: (860) 290-9610
Fax No.: (860) 290-9611
BBO#: 680905
E-mail: bhughes@cheverielaw.com